UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEMETRIOUS B. SEAMSTER | CIVIL ACTION NO. 12-2271-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 10th day of August, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE